

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00015-CV

---

ASHISH J. PATEL AND KETUBEN K. PATEL, APPELLANTS

V.

WOLFPACK CRAFT AND TAP LLC D/B/A BEERHEAD BAR & EATERY;
AND ANURAG "ANTHONY" PATEL, APPELLEES

---

On Appeal from the 401st District Court
Collin County, Texas
Trial Court No. 401-08322-2024, Honorable Kimberly M. Laseter, Presiding

---

February 25, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellants, Ashish J. Patel and Ketuben K. Patel, appeal from the trial court's *Order Granting Plaintiffs' Motion for Turnover Order*.[1] The clerk's record was due January 31, 2026, but was not filed due to Appellants' failure to make payment arrangements for the record. *See* TEX. R. APP. P. 35.3(a)(2). By letter of February 4, 2026, we directed

---

[1] Originally appealed to the Fifth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001.

Appellants to pay for the clerk's record by February 17, 2026, or the appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, Appellants have not made payment arrangements for the clerk's record, filed a response addressing the omission, or submitted a notice electing to file an appendix in lieu of a clerk's record pursuant to Rule of Appellate Procedure 34.5a.

Consequently, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam